FILED

USDC UT Approved 06/06/00     Revised 01/20/04

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**MAY 23 2005**

# United States District Court
## District of Utah

BY MARKUS B. ZIMMER, CLERK

DEPUTY CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **vs.** | (For Offenses Committed On or After November 1, 1987) |

| | |
|---|---|
| **KEITH ANDERSON** | Case Number:  **1:04-CR-00084-002 PGC** |
| aka Keith Wyman Jackson | Plaintiff Attorney:  **Paul Aman** |
| | Defendant Attorney:  **Jon Williams** |

**Atty: CJA ✖ Ret ___ FPD ___**

Defendant's Soc. Sec. No.:  **-8421**

Defendant's Date of Birth:  **12/12/1957**

**May 17, 2005**
Date of Imposition of Sentence

Defendant's USM No.:  **11579-081**

Defendant's Residence Address:

345 East 2600 North

Defendant's Mailing Address:

Same

Logan, Utah 84341

Country  USA

Country  USA

THE DEFENDANT:

COP  **11/15/2004**  Verdict  _____

☒ pleaded guilty to count(s)  **One, Two, Three, Four, Five and Six of the Indictment**

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 U.S.S.G. §§ 2251 & 2251 | Sexual Exploitation of Children & Aiding & Abetting | 1, 2,3,4,5, & 6 of the Indictment |

☐ The defendant has been found not guilty on count(s)  _____

☒ Count(s)  **7 of the Indictment**  (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of
**262 Months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of
**120 Months**  .

☐ The defendant is placed on Probation for a period of  _____  .
The defendant shall not illegally possess a controlled substance.

Defendant:    KEITH ANDERSON                                                    Page 2 of 6
Case Number:  1:04-CR-00084-002 PGC

*For offenses committed on or after September 13, 1994:*
   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall
   submit to one drug test within 15 days of placement on probation and at least two periodic drug
   tests thereafter, as directed by the probation officer.

☐  The above drug testing condition is suspended based on the court's determination that the
   defendant possesses a low risk of future substance abuse. (Check if applicable.)


### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

   In addition to all Standard Conditions of (Supervised Release or Probation) set forth in
PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1.  The defendant shall not possess or use a computer with access to any on-line computer
    service without the prior written approval of the Court. This includes any Internet
    service provider, bulletin board system, or any other public or private computer network.
    Any approval by the Court shall be subject to the conditions set by the Court or the
    USPO. In addition, the defendant shall: (A) Not possess or use any public or private data
    encryption technique or program, and (B) Consent to having installed on his computer(s)
    any hardware or software systems to monitor his computer usage.

2.  The defendant shall register with the state sex offender registration agency in any state
    where the defendant resides, is employed, carries on a vocation, or is a student, as
    directed by the USPO. The Court orders that the pre-sentence report may be released to
    the state agency for purposes of sex offender registration.

3.  The defendant shall participate in a mental health and/or sex-offender treatment program
    as directed by the USPO.

4.  The defendant is restricted from visitation with individuals who are under 18 years of
    age without adult supervision as approved by the USPO.

5.  The defendant shall abide by the following occupational restrictions: Any employment
    shall be approved by the probation office. In addition, if third-party risks are identified,
    the probation office is authorized to inform the defendant's employer of his supervision
    status.

6.  The defendant shall not view or otherwise access pornography in any format.

7.  The defendant shall not use or possess any photographic or video recording equipment.

8.  The defendant shall not consume or possess alcohol.

9.  The defendant will submit to drug/alcohol testing as directed by the probation office, and
    pay a one-time $115 fee to partially defer the costs of collection and testing. If testing
    reveals illegal drug use, the defendant shall participate in drug and or/alcohol abuse
    treatment under a co-payment plan as directed by the United States Probation Office and
    shall not possess or consume alcohol during the course of treatment, nor frequent
    businesses where alcohol is in the chief item of order.

10. The defendant shall submit his person, residence, office or vehicle to a search, conducted
    by a United States Probation Officer at a reasonable time and in a reasonable manner,

Defendant:      KEITH ANDERSON                                      Page 3 of 6
Case Number:   1:04-CR-00084-002 PGC

> based upon reasonable suspicion of contraband or evidence of a violation of conditions of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches, pursuant to this condition.

## CRIMINAL MONETARY PENALTIES

## FINE

The defendant shall pay a fine in the amount of   $ _____ , payable as follows:
- [ ] forthwith.

- [ ] in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

- [ ] in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

- [x] other:
  **No Fine Imposed**
  _____

- [ ] The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

- [ ] The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

  - [ ] The interest requirement is waived.

  - [ ] The interest requirement is modified as follows:
  _____

Defendant:    KEITH ANDERSON                                                  Page 4 of 6
Case Number:   1:04-CR-00084-002 PGC

# RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Jeremy Crockett<br>354 So. 700 East<br>Spanish Fork, UT 84660<br>For: M.A.'s future counseling costs. | $42,120.00 | $42,120.00 |
| Jeremy Crockett<br>354 So. 700 East<br>Spanish Fork, Ut 84660<br>For: B.A's future counseling costs | $54,963.00 | $54,963.00 |
| Utah Office of Crime Victims Reparation<br>350 East 500 South, Suite 200<br>Salt Lake City, UT 84111 | $655.22 | $655.22 |
| **Totals:** | $ 97,738.22 | $ 97,738.22 |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

[X] Restitution is payable as follows:

    [ ] in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

    [X] other:
    **Due in full immediately, and payable on a schedule of $25.00 per quarter while incarcerated, and $200 per month upon release from incarceration. Payments will be made first to the victim's family and then to the Office of Crime Victim's Reparations.**

[X] The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until   **6/20/2005**   pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
    [X] An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $   **600.00**   , payable as follows:
    [X] forthwith.

    [ ] _____

Defendant:     KEITH ANDERSON                                                    Page 5 of  6
Case Number:   1:04-CR-00084-002 PGC

---

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by
this judgment are fully paid

---

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence
report except as otherwise stated in open court.

## DEPARTURE

The Court does not grant the Motion for Departure pursuant to 18 U.S.C. 3553(c)(2).

## RECOMMENDATION

[X] Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau
of Prisons:
**that defendant serve time in a facility with a sex offender treatment program as close to Utah as
possible.**

## CUSTODY/SURRENDER

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal    for this district at
_____ on _____ .

[ ] The defendant shall report to the institution designated by the Bureau of Prisons   by
_____ Institution's local time, on _____ .


DATE:  ___5/23/05___                    _____

                                        Paul G. Cassell
                                        **United States District Judge**

Defendant:      KEITH ANDERSON                                              Page 6 of  6
Case Number:   1:04-CR-00084-002 PGC

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By  _____
Deputy U.S. Marshal